UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON WARREN WEATHERS,

           Petitioner,                            Case No. 1:13CV1349

v.                                                    Hon. Robert J. Jonker

HOLLAND POLICE DEPARTMENT, et al.,

           Respondent.
_____/

**ORDER**
**APPROVING AND ADOPTING REPORT AND RECOMMENDATION**

      The court has reviewed the Report and Recommendation (docket # 17) filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on January 5, 2015.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

      **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed January 5, 2015, is approved and adopted as the opinion of the court.

      **IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss (docket # 10) is **GRANTED**.  This matter is **DISMISSED.**

                                                                       /s/ Robert J. Jonker
                                                           ROBERT J. JONKER
                                               UNITED STATES DISTRICT JUDGE

DATED:  January 27, 2015.